JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MILEENA GARCIA, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BEAUMONT, a public entity; OFFICER GREGORY ADAMS (#778) individually; and DOES 1 through 20, inclusive,,<br><br>　　　　Defendants. | Case No. 5:22-cv-1629-SSS-KKx<br>District Judge, Sunshine Suzanne Sykes<br>Magistrate Judge, Kenly Kiya Kato<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Filed Date:　　09/14/22<br><br>**NOTE CHANGES MADE BY COURT** |

　　GOOD CAUSE APPEARING AND THE PARTIES HAVING STIPULATED THERETO, IT IS ORDERED, ADJUDGED AND DECREED:

　　1.　　The Complaint, in its entirety and as to each and every claim for relief and any and all defendants, is dismissed with prejudice.

　　2.　　The settlement is further memorialized in a written settlement agreement.

　　3.　　The parties shall bear their own costs, expenses and attorneys' fees arising out of and/or connected with this matter, including any such fees or expenses potentially recoverable under 42 U.S.C. Sec. 1988.

4. This Order is the result of a compromise of disputed claims. It is not to be considered as an admission of liability and/or responsibility with regard to the incident, occurrence, casualty or events referenced in the pleadings herein.

5. The parties agree that the Court shall retain jurisdiction for the purpose of enforcement of the terms of the settlement agreement between the parties.

6. The Status Conference scheduled for April 7, 2023 is hereby **VACATED**.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: April 4, 2023           By: _____
                                    HON. SUNSHINE S. SYKES
                                    United States District Judge